UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JASON SAGGIO,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )          Case No. 4:22-CV-01005-JAR
                                       )
MEDICREDIT, INC.,                      )
                                       )
        Defendant.                     )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Medicredit's Motion to Consolidate with another pending case in this district, *Furr v. Medicredit*, 4:24-cv-484.  ECF No. 68.  On May 17, 2024, the Court held a hearing on Defendant's motion in which counsel for Saggio, Furr, and Medicredit appeared.  At the hearing, the Court determined that there were common issues of law and fact between the cases.  Although there has been significant motion practice and individual discovery in *Saggio*, the plaintiffs are similarly situated with respect to class discovery.  Moreover, neither of the plaintiffs in either case will be prejudiced by consolidation of these actions.  The Court will accordingly direct the parties to meet and confer to propose a scheduling plan for further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Medicredit's Motion to Consolidate [ECF No. 68] is **GRANTED**.

**IT IS FURTHER ORDERED** that *Furr v. Medicredit*, No. 4:24-cv-484, shall be consolidated with *Saggio v. Medicredit*, No. 4:22-cv-1005, and all future filings in these cases shall be filed in *Saggio v. Medicredit*, No. 4:22-cv-1005, until further order of the Court.

**IT IS FURTHER ORDERED** that the existing case management orders and deadlines in *Saggio* [ECF No. 67] and *Furr* [ECF No. 33] are **VACATED**.

**IT IS FURTHER ORDERED** that no later than **May 27, 2024**, the parties shall file a Joint Proposed Scheduling Plan.

Dated this 17th day of May 2024.

 

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

2